# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTHONY VINCENT CARTMAN, | * |
| | * |
| Movant | * CRIMINAL ACTION NO. |
| v. | * 1:10-CR-512-ELR-LTW-1 |
| | * |
| UNITED STATES OF AMERICA, | * CIVIL ACTION NO. |
| | * 1:16-CV-4511-ELR-LTW |
| Respondent. | * |
| | * |

# ORDER

This matter is before the Court for consideration of the Order and Non-Final Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker. (Doc. 303.) Judge Walker recommends that Movant's two motions to compel (Docs. 298 and 302) be denied because they are based on erroneous facts. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R (Doc. 303) as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's two motions to compel. (Docs. 298 and 302.)

**SO ORDERED**, this 27th day of April, 2017.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia